IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Roberta L. Roth, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CompuCredit Corporation, d/b/a Aspire Visa, and Columbus Bank & Trust,<br><br>　　　　　　Defendants. | Case No.: 8:08-cv-00156-LSC-FG3<br><br><br><br><br>ORDER |

　　　THIS MATTER comes before the Court on Filing No. 20, the Joint and Unopposed Motion of Defendants for an Enlargement of Time to file an answer or motion in response to the Complaint (Filing No. 1), and to file the Report of Parties' Planning Conference. Good cause having been shown, and on the representation that Defendants intend to move to compel arbitration,

　　　IT IS ORDERED that the Motion (Filing No. 20) is granted, as follows:

　　　1.　Defendants shall file an answer or motion in response to the Complaint on or before August 4, 2008.

　　　2.　The deadline for filing a Rule 26(f) planning report is suspended. If necessary, a planning report deadline will be set by further order of the court.

　　　DATED July 21, 2008.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge