IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERTA L. ROTH, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**COMPUCREDIT CORPORATION, d/b/a Aspire Visa, and COLUMBUS BANK & TRUST,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **8:08CV156**<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>) |

    This matter is before the court on the defendants' motion (Doc. 43) to file an amended Declaration of Hima Amin and a corrected brief in support of their pending motion to stay and compel arbitration (Doc. 29). Plaintiff was previously granted leave to depose Ms. Amin, said deposition to be completed no later than November 25, 2008. Plaintiff's response to the defendants' motion to stay and compel arbitration is due December 15, 2008. The court finds that the proposed amendments are necessary in order to clarify the record.

**IT IS ORDERED:**

    1.    Defendants' Motion (Doc. 43) is granted.

    2.    The Amended Declaration of Hima Amin and the documents attached thereto (Doc. 43-2) are hereby substituted for the defendants' original Evidence Index (Doc. 30) and shall fall within the scope of the order (Doc. 40) granting plaintiff's motion to depose Ms. Amin.

    3.    Defendants' Corrected Brief in Support of Motion to Stay and to Compel Arbitration (Doc. 43-3) is substituted for the defendants' original brief (Doc. 31).

    4.    Documents 30 and 31 are hereby stricken from the record.

**DATED November 12, 2008.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**