IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERTA L. ROTH, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMPUCREDIT CORPORATION, )<br>d/b/a Aspire Visa, and )<br>Columbus Bank & Trust, )<br>)<br>Defendants. ) | Case No. 8:08CV156<br><br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Pamela A. Car, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **February 20, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 20th day of January 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge