## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERTA L. ROTH, on behalf of herself and all others similarly situated,** | ) ) ) ) | **CASE NO. 8:08CV156** |
| **Plaintiff,** | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| **COMPUCREDIT CORPORATION, d/b/a ASPIRE VISA, and COLUMBUS BANK & TRUST,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Individual Claims with Prejudice and for Dismissal of Putative Class Members' Claims without Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal of Plaintiff's Individual Claims with Prejudice and for Dismissal of Putative Class Members' Claims without Prejudice (Filing No. 56) is approved, and the relief requested therein is granted;

2. The Plaintiff's individual claims in this action are dismissed with prejudice;

3. The Putative Class Members' claims in this action are dismissed without prejudice;

4. The Clerk of the Court is directed to strike the parties' Stipulation for Dismissal (Filing No. 54) for the reason that it is an incomplete document; and

5.   The parties shall pay their own costs and attorneys' fees.

DATED this 3rd day of February, 2009.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge